UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | |
| v. ) | NO. 3:14-2401 |
| ) | JUDGE HAYNES |
| USHOP MARKETING GROUP, LLC ET AL ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/15/2015.

    KEITH THROCKMORTON, CLERK
    s/Elaine J. Hawkins, Deputy Clerk